UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-10077 ODW (CWx) | Date | December 21, 2011 |
| Title | *Jagiello v. Raytheon Company* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):
Not Present        Not Present

**Proceedings (In Chambers):**    Order GRANTING Defendant's Motion to Dismiss [8] [Filed 12/12/11] and VACATING Hearing Thereon

On December 12, 2011, Defendant, Raytheon Company ("Defendant"), filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 8.) Plaintiff, Gary Steven Jagiello ("Plaintiff"), failed to timely oppose the Motion, which may be deemed consent to the granting of the Motion. *See* L.R. 7-9; L.R 7-12. Nevertheless, the Court has carefully considered Defendant's arguments in support, and for the reasons discussed in Defendant's papers, hereby **GRANTS** the Motion to Dismiss. The January 9, 2012, hearing on this matter is **VACATED** and no appearances are necessary.

Plaintiff may file an amended complaint within twenty (20) days from the date of this Order. If Plaintiff fails to do so, the Court will dismiss all claims against Defendant with prejudice.

**IT IS SO ORDERED.**

---- : 00

Initials of Preparer    SE