# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY STEVEN JAGIELLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYTHEON COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: CV 11-10077-ODW-CW <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Federal Rule of Civil Procedure 41(b) <br><br> [Lodged Concurrently With: <br>  - [Request for Dismissal] <br><br> Complaint Filed: October 24, 2011 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

c:\temp\notesd30550\01a proposed order.doc

# ORDER OF DISMISSAL

Having reviewed the Request filed by Defendant Raytheon Company and based on Plaintiff Gary Steven Jagiello's failure to file an amended complaint within the time frame specified in this Court's December 21, 2011 Order, IT IS HEREBY ORDERED that this action is dismissed with prejudice, in its entirety, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

DATED: _1/20/12_   _____
THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE


Submitted by:

BARGER & WOLEN LLP

/s/ *Robert K. Renner*
ROBERT K. RENNER
Attorneys for Defendant